UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 MAR -8 A 8: 50

CLERK, US DISTRICT COURT
FLORIDA

**PRUDENTIAL PROPERTY & CASUALTY INSURANCE COMPANY,**

    Plaintiff,

vs.                              Case No. 3:06-cv-183-J-20-MCR

**WILL S. WATTS, III, Personal Representative of the Estate of Sharon Ann Watts, MATTHEW WATTS, and WILLIAM R. DOOLEY, JR.,**

    **Defendants.**
_____/

## ORDER OF RECUSAL

I hereby recuse myself due to stock ownership, and the Clerk is directed to reassign this case in accordance with standard assignment procedures.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of March, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Rachel M. LaMontagne, Esq.
William Zeena, Jr., Esq.