FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

2006 MAR -8 | A 8: 50

CLERK US DISTRICT COURT
. . . FLORIDA

**PRUDENTIAL PROPERTY & CASUALTY
INSURANCE COMPANY,**

      **Plaintiff,**

**vs.**                                                                    **Case No. 3:06-cv-183-J-20-MCR**

**WILL S. WATTS, III, Personal
Representative of the Estate of
Sharon Ann Watts, MATTHEW
WATTS, and WILLIAM R.
DOOLEY, JR.,**

      **Defendants.**

_____/

## ORDER OF RECUSAL

    I hereby recuse myself due to stock ownership, and the Clerk is directed to reassign this case

in accordance with standard assignment procedures.

    **DONE AND ENTERED** at Jacksonville, Florida, this _____ day of March, 2006.

                        **HARVEY E. SCHLESINGER**
                        **United States District Judge**

Copies to:

Rachel M. LaMontagne, Esq.
William Zeena, Jr., Esq.